**Fill in this information to identify the case:**

Debtor name     Gulfex Holdings LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................................    $     322,354.72

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..................................................................................    $     11,428,238.26

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*....................................................................................    $     11,750,592.98

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     58,745,866.07

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     220,335.36

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$     4,633,995.26

4.    **Total liabilities** ............................................................................................................
     Lines 2 + 3a + 3b     $     63,600,196.69

**Fill in this information to identify the case:**

Debtor name _____ Gulfex Holdings LLC _____

United States Bankruptcy Court for the: _____ DISTRICT OF DELAWARE _____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Trustmark | Commercial Checking | 7991 | $40,571.01 |
| 3.2. | Academy Bank | Checking | 1334 | $2,940.37 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $43,511.38 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Bridon American Corp. - 3 month lease deposit | $49,960.00 |
| --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Gulfex Holdings LLC
_____
Name

Case number *(If known)* _____

| | | |
|---|---|---|
| 8.1. | Wright National Flood Insurance | $10,363.00 |
| 8.2. | Payroll Advance | $2,000.00 |
| 8.3. | Daftiv - 3 yrs (Final Year) | $10,848.96 |

**9.**   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$73,171.96

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:

1,579,570.44 - 0.00 = ....   $1,579,570.44

face amount          doubtful or uncollectible accounts

11b. Over 90 days old:

378,685.50 - 0.00 =....   $378,685.50

face amount          doubtful or uncollectible accounts

**12.**   **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,958,255.94

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** See attached Schedule B-20 | | $1,581,846.68 | Book Value | $1,581,846.68 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    Gulfex Holdings LLC                                  Case number *(If known)* _____
_____
Name

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                    | $1,581,846.68 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See attached Schedule B-39 | $20,673.31 | Book value | $20,673.31 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** see attached Schedule B-41 | $115,425.23 | Book Value | $115,425.23 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                    | $136,098.54 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No

Debtor   Gulfex Holdings LLC                                    Case number *(If known)*
         Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Description: 1993 GMC Topkick, 2004 Ford<br>F350, 2007 Ford F250 | $4,222.22 | Book value | $4,222.22 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See attached Schedule B-50 | $1,392,981.79 | Book Value | $1,392,981.79 |

**51.**   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.                          $1,397,204.01

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   See attached Schedule<br>B-55 | | $322,354.72 | Book Value | $322,354.72 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

| Debtor | Gulfex Holdings LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $322,354.72 |
|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** <br> Customer Lists | $5,835,200.40 | Book Value | $5,835,200.40 |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.**    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $5,835,200.40 |
|---|

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      

Debtor    Gulfex Holdings LLC                                      Case number *(If known)* _____
          Name

|  |  | Current value of debtor's interest |
|---|---|---|

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Assets Under Development - $149,723.41 - See attached Schedule B-77(a)<br>Assets Under Consruction - $253,225.94 - See attached Schedule B-77(b) | $402,949.35 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $402,949.35 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | Gulfex Holdings LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,511.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $73,171.96 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,958,255.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,581,846.68 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $136,098.54 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,397,204.01 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................................> | | $322,354.72 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,835,200.40 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $402,949.35 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,428,238.26 | + 91b. $322,354.72 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,750,592.98 |

Schedule B-20

## Work In Progress
## Detail by Job

| Job # | Customer | Description | Percent Complete | WIP |
|-------|----------|-------------|------------------|-----|
| 3267 | Fives Cryo, Inc. | Drum (E-1408) | 100% | 66,570 |
| 3268 | Fives Cryo, Inc. | Drum (E-1409) | 100% | 38,773 |
| 3359 | S&B Engineers & Constructors, Ltd. | Air Receiver (F-315) | 100% | 13,374 |
| 3380 | Universal Tank & Fabrication | Can | 0% | 3,724 |
| 3417 | Burns McDonnell | Wash Water Blow Down Drum (V-60108) | 14% | 7,512 |
| 3418 | Burns McDonnell | Amine Recovery Tank (V-61210) | 27% | 27,342 |
| 3419 | Burns McDonnell | Rich Amine Flash Tank (V-61220) | 18% | 41,586 |
| 3420 | Burns McDonnell | Lean Amine Surge Drum (V-61227) | 20% | 25,163 |
| 3421 | Burns McDonnell | Instrument Air Receiver (V-61602) | 38% | 108,358 |
| 3422 | Burns McDonnell | Deisobutanizer (V-60106) | 24% | 535,267 |
| 3423 | Burns McDonnell | Amine Reg Twr/Amine Refl Twr (V-61222/V-61223) | 25% | 162,009 |
| 3438 | S&B Engineers & Constructors, Ltd. | Feed Dehydrator (800-PV17.039) | 79% | 196,959 |
| 3439 | S&B Engineers & Constructors, Ltd. | Feed Dehydrator (800-PV17.040) | 72% | 203,248 |
| 3440 | JXP SYSTEMS, LP | Feed Prefilter (800-FL20.001A) | 90% | 3,896 |
| 3441 | JXP SYSTEMS, LP | Feed Prefilter (800-FL20.001B) | 90% | 3,896 |
| 3442 | JXP SYSTEMS, LP | Feed Coalescer (800-PV17.005) | 95% | 3,896 |
| 3443 | JXP SYSTEMS, LP | Amine Coalescer (800-PV17.052) | 100% | 3,896 |
| 3444 | JXP SYSTEMS, LP | Amine Coalescer (800-PV17.054) | 93% | 2,967 |
| 3445 | JXP SYSTEMS, LP | Water Wash Coalescer (800-PV17.009) | 100% | 3,896 |
| 3473 | Marathon Petroleum Company | HF Stripper | 70% | 56,001 |
| 3475 | Valero Refining - Port Arthur | Quench Tower | 34% | 29,450 |
| 3478 | Valero Refining - Port Arthur | Naptha Overhead Receiver | 80% | 44,001 |
| 3487 | IPS Pump Services, Inc dba Cayson Pump Services | Pump Discharge Head | 88% | 65 |

Total Work In Progress    1,581,847

**Schedule B-39 - Office Furniture**

| Description | Book Value |
|---|---|
| Furniture -Aubrey Davis office | - |
| Cubicles New Office -  60 down payment and final | - |
| Cubicles/New Office | 48.13 |
| 2 Add'l cubicles | 21.84 |
| Ron's Office | 123.71 |
| Deposit/New Office Setup | 2,576.35 |
| Open Area-Existing Cubicle Move-Offices-Flex | 3,745.45 |
| Modify/Add Cubicles | 363.60 |
| 36" 2-Drawer Laterial File | 55.67 |
| Cubicle Reconfirguration & File Cabinets - Office | 7,457.42 |
| Training Room - QC Building -  Cubicles | 6,281.13 |
| **Total** | **20,673.31** |

**Schedule B-39 - Office Furniture**

| Description | Book Value |
|---|---|
| Furniture -Aubrey Davis office | - |
| Cubicles New Office -  60 down payment and final | - |
| Cubicles/New Office | 48.13 |
| 2 Add'l cubicles | 21.84 |
| Ron's Office | 123.71 |
| Deposit/New Office Setup | 2,576.35 |
| Open Area-Existing Cubicle Move-Offices-Flex | 3,745.45 |
| Modify/Add Cubicles | 363.60 |
| 36" 2-Drawer Laterial File | 55.67 |
| Cubicle Reconfirguration & File Cabinets - Office | 7,457.42 |
| Training Room - QC Building -  Cubicles | 6,281.13 |
| **Total** | **20,673.31** |

## Schedule B-41 - Office Equipment

| Description | Book Value |
|---|---|
| TimeForce software | - |
| Codeware | - |
| Daptiv Solutions LLC - Project Program | - |
| MLC CAD System | - |
| Microsoft Dynamics NAV - Kerr Consulting | - |
| Time Force System | - |
| CADWorx Plant Professional | - |
| Dynamics NAV ERP | 42,650.72 |
| ITP-Dell Poweredge T430 Server | 1,795.85 |
| Dell XPS 8930 computer for QC program | 534.74 |
| New HP Probook 450 & MS Office 2016 H&B | 507.51 |
| Plotter - Main Office 401 State St. | 1,034.17 |
| 2 Monitors -Carlos | 232.21 |
| Sierra WS Time Clock | 16,147.15 |
| QC WPS Software | 1,600.00 |
| HP Computer | 215.27 |
| Acer 21.5" Monitor | 72.91 |
| APC RBC48 Battery | 93.80 |
| Dell 600 GB 15k SAS Hard Drive | 224.96 |
| 2 Harddrives for the server room | 449.93 |
| Kensington Docking Station | 95.99 |
| Kensington Docking Station | 351.69 |
| Prochain Project Scheduling Software v 12.6 | 32,421.37 |
| 2 Dell 600 GB 15K SAS Hard Drive | 549.91 |
| Roll Welding Ma | - |
| HP 1050C Design Jet Printer | - |
| Computers (2) Aubrey and Ajay | - |
| J Holt Laptop Computer | - |
| Greg Dillon Computer | - |
| Basu's Computer | - |
| David Tilly & Ratna Computers | - |
| 4 Monitors, 2 Dual Monitor Stands (Ratna & Dave) | - |
| 5 Monitors (Kathi, Sanjay & Shop) | - |
| 3 Computers (Sanjay/Cindy/Arlene) | - |
| 2 Monitor Dual Monitor Stands | - |
| Laptop - Kathi | - |
| Large Epson Printer - Drawings | - |
| Aubrey CPU | - |
| S Connealy Laptop | 685.78 |
| Dell Computer - Rachel | 190.07 |
| Dell Computer - Receptionist Area | 365.34 |
| Brad Computer | 351.95 |
| Computer/Docking Station - Steve Mayeau | 943.07 |
| Dell Computer & Monitor - Eusebio Torres Perez | 287.76 |
| New Computer for Time Force - Windows 7 | - |

**Schedule B-41 - Office Equipment**

| Description | Book Value |
|---|---|
| Dynamics Server | - |
| (2) Computers | - |
| New Computers for Shop Offices | - |
| Computer / Ron Adams | - |
| Manual Timeclock for Gulfex West | - |
| (2) Lenovo Laptops | - |
| (2) Lenovo Dock Stations | - |
| Security - Additional Security Cameras | 339.86 |
| Replacement Phones | 21.00 |
| Think Pad laptop (Davis-61008) | 729.13 |
| Think Pad laptop (Davis-61008) | 729.13 |
| Laptop computer - project manager | 723.52 |
| Laptop computer - project manager | 723.52 |
| Lenovo ThinkPad P71 laptop  (Aubrey) | 2,176.06 |
| Lenovo ThinkPad P71 laptop  (Kathi) | 2,176.06 |
| Server Room A/C Unit | 3,481.70 |
| A/C Unit for Server Room | 2,523.10 |
| **Total** | **115,425.23** |

### Schedule B-50 - Machinery

| Description | Book Value |
|---|---|
| 25" 3 Jaw bison | - |
| 25" 3 Jaw bison | - |
| 16" PB bison ch | - |
| A/C units | - |
| Forklift | - |
| Welding Equipment | - |
| 3 HP Vertical gri | - |
| Test pump | - |
| 60 - ton turning | - |
| Welding Equipment | - |
| Roll-welding machine | - |
| Welding machine | - |
| Shop door | - |
| Machine power | - |
| Clark Fork Used | - |
| 90 ton ramsome | - |
| Turning rolls | - |
| 30 ton ransome | - |
| Forklift | - |
| Welding machine | - |
| Manlift | - |
| Gulf Coast Torch | - |
| Welding machine | - |
| Track Burner | - |
| Gulf Coast Torch | - |
| Used 60 Ton Mit | - |
| Used 90-ton Mit | - |
| Cranes (2) 80 ton TRDG | - |
| Preston Eastin Manipulator | - |
| Tandem Lincoln | - |
| Complete 450 AMP MIG | - |
| Welding Equipment | - |
| Flux Recovery Unit | - |
| Welding Equipment | - |
| Crane installation | - |
| Compressor Exhaust Duct | - |
| PM2-5 HP 230V | - |
| Holloway-Houston slings and load test | - |
| Houston Hose & Specialty | - |
| Air compressor for Bay 6 | - |
| 911 Security - Tex Surveillance & Security | - |
| Tonatco Cryogeine Services Inc | 509.40 |
| IWS Gas and Supply of Texas LTD | 3,694.58 |
| Nettles Metals LLC | 1,488.44 |
| Victory CNC Plasma Systems Inc. | 8,207.89 |

## Schedule B-50 - Machinery

| Description | Book Value |
|---|---|
| Double Pinch Angle Roll | - |
| Change Order: 10x40 to 10x50 Additional Down Pa | 3,562.50 |
| Two-way Radios for SHOP | 4,208.82 |
| SubArc AC/DC 1000 & Support Equipment for SubA | 19,849.34 |
| 60 ton set. Hulkin Rolls - Bay 7 - 50% Down | 23,652.63 |
| Change Order: 10x40 to 10x50...50% due for Chan | 33,007.68 |
| Profax WM66-4 Welding Manipulator | 6,263.28 |
| Weldwire Medium Duty 12x12 plus miscellaneous | 22,073.73 |
| Subarc AC/DC 1000 plus miscellaeous | 21,026.78 |
| Flux Recovery Unit -  Bay 7 | 5,212.50 |
| Manipulator 115Volt | 4,134.43 |
| Miller Dimension NT450 Multi Purpose Welder | 15,620.75 |
| Rolls - Gearmotors | 12,340.50 |
| 8000 lb Pneumatice Forklift | 11,006.32 |
| Air Compressor | 11,419.14 |
| (2)Rolls - Gearmotors-Final Payment | 12,178.13 |
| Two-way Radios for SHOP | 844.74 |
| 120 Ton Power Roll | 10,183.33 |
| Weldwire Drive Roll & Weldwire Idler Roll | 24,414.00 |
| (4) Miller Gold Star 652 | 7,214.13 |
| Weldwire Drive Roll 20,000# Capacity  WWRD-20ST | 13,658.67 |
| AC Gear Monitor, 22 RPM | 1,118.51 |
| Aronson 30 Ton Tank Turning Rolls | 44,687.50 |
| (2) 40" Conex Boxes - Bluebonnet Stroder Co, LC | 4,560.00 |
| Taylor 30,000 lb. Cap Forklift FL3102 | 17,649.50 |
| Bronze Brushing & Assorted Shackles | 1,145.83 |
| Welders (5) | - |
| Weldwire 90 ton Drive Roll | 35,498.33 |
| Weldwire 90 Ton Idler | 10,423.33 |
| 100T Roll | 8,347.52 |
| Welding machine | 11,413.45 |
| Bevel Machine | 3,269.58 |
| (2) Pandjiris 200t Turning Rolls w/1 idler each | 58,459.17 |
| Miller Dimension NT450 Multiprocess Welder | 12,774.57 |
| Used Natco Carlton Radial Drill - As Is | 12,500.00 |
| Miller S-74S PKG W/Q4015 | 2,883.11 |
| 60 Ton Idler/100 Ton Holding Capacity | 4,412.92 |
| 1000 Ton Power Roll w/2 idler rolls | 12,679.17 |
| 10-ton turning roll S/N 241,used (Order 107741) | 5,861.38 |
| 10-ton turning roll S/N 152226, used (Order 107741) | 5,861.38 |
| Lincoln Ranger 250 GXT S/N U1170205098 (Order 10774 | 1,933.33 |
| Flux Vacuum Model PS-2 S/N 002411 | 2,673.11 |
| Lincoln LN-25 S/N U1170808748 | 1,705.92 |
| Flux Vacuum - new | 3,259.34 |
| Miller Dimension 650 Multiprocess welders 10 | 36,463.85 |

### Schedule B-50 - Machinery

| Description | Book Value |
| --- | --- |
| Miller 951196 S-74S Feeder W/ Bernard Q4015 Gun 10 | 12,766.26 |
| 40 ton top running double box girder OCS Crane | 68,803.28 |
| PE 200 Ton Turning Rolls S/N - TDRA200HD-14 | 78,829.51 |
| PE 200 Ton Turning Rolls S/N - TDRA200HD-18 | 9,521.88 |
| PE 200 Ton Turning Rolls S/N - TDRA200HD-11 | 9,521.88 |
| Wwire 10-Ton Turning Rolls 2 sets S/N-152227, 162477, | 3,055.75 |
| Wwire 90-Ton Tank Turning Rolls S/N-162460, 162461 | 24,589.58 |
| PE & Wwire 60-Ton Turning Rolls S/N-144, 138, 162477, | 16,996.53 |
| PE & Wwire 60-Ton Turning Rolls S/N-144, 138, 162477, | 16,996.53 |
| PE 1414 Subarc Tandem unit PE1212-338 | 58,903.47 |
| Wwire 40ton Turning rolls S/N -152423, 152424 | 6,061.46 |
| PE 10-Ton Turning Rolls S/N TDRC10HD-561 | 10,946.53 |
| PE 10-Ton Turning Rolls S/N TDRC10HD-561 | 10,946.53 |
| Ransome 90-Ton Turning Rolls S/N-47986, 48142, 49536 | 30,211.81 |
| Ransome 90-Ton Turning Rolls S/N-47986, 48142, 49536 | 30,211.81 |
| VFD Control | 1,958.10 |
| Turning rolls | 7,085.42 |
| Turning rolls | 25,794.88 |
| Overhead Crane | 177,290.17 |
| Plasma Cutting Machine | 114,971.05 |
| SDCR Digital Recorder | 2,134.72 |
| Ransome Welding Manipulator | 20,138.89 |
| Bay 5 Work Station | 43,304.53 |
| Compressor Dryer - Bay 7 | 5,223.73 |
| Kohler Generators | 5,083.33 |
| Welding Station @ Bay 5 | 12,946.61 |
| Welding Station for Bay 4 | 6,025.80 |
| Plasma Cutting Machine | 7,309.26 |
| **Total** | **1,392,981.79** |

### Schedule B-55 - Leasehold Improvements

| Description | Book Value |
|---|---|
| Buildout of New Office Building - BRK Partners LP | 17,437.50 |
| Buildout of New Office - FINAL PAYMENT | 2,772.27 |
| Bay 7 Driveway | 17,842.50 |
| Bay 7 Fence | 3,133.43 |
| Bay 7 Driveway - post inspection | 10,833.33 |
| Bay 7 Driveway - Complete | 6,315.83 |
| Fence/Bay 7 | 3,340.57 |
| Crane to Install Bay 7 Door | 1,254.50 |
| Randy's Office Bay 7 | 2,643.33 |
| Randy's Office Bay 7 | 2,643.33 |
| Bury Lines for Bay 7 | 2,490.80 |
| Install Vent/Fans on Bay 7 | 2,166.67 |
| Install Vent/Fans on Bay 7 | 2,166.67 |
| Bay 7 - Driveway | 3,033.33 |
| Bay 7 - Roof over compressors, gutters, etc. | 3,033.33 |
| Bay 7 - Water service/installation for Bay 7 | 11,004.07 |
| Bay 7 - Furnish and Install Compressed Air Line | 30,319.47 |
| Bay 7 - Sound Barrier Insulation | 5,832.67 |
| Bay 7 - Installation of 4 Fans & motors for Bay 7 | 3,305.47 |
| Bay 1 - Paving concrete | 28,600.00 |
| Demolition 615 Louisana & paving for parking lot | 17,225.00 |
| Bay 1 - Parking Lot Paving & storm drains | 71,858.00 |
| Bay 4 Leasehold improvement | 14,000.00 |
| Bay 4 Sliding Doors | 22,530.67 |
| New Plumbing System at Santa Fe | 14,381.25 |
| Bay 5 Upgrade | 13,872.04 |
| New Runway Conductors | 8,318.70 |
| **Total** | **322,354.72** |

Schedule B-77(a)

Assets Under Development

| Posting Date | Document Type | Source Code | Document No. | G/L Account No. | G/L Account Name | Description | Amount | Entry No. | Catgorization | Additonal Notes | User ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2019 | Invoice | PURCHASES | PPI25294 | 1910 | Assets Under Development | PO 109780 | 46,345.00 | 227294 | Machinery & Equipment | 25 Ton wire rope trolley & holst | GULFEX\CARLOS |
| 1/11/2019 | Invoice | PURCHASES | PPI25042 | 1910 | Assets Under Development | Bay 4 Gulfex West - Final Invoice 10% + Freight | 6,680.65 | 221689 | Leasehold Improvements | Conductor for Bay 4 10% final pay | GULFEX\ARLENE |
| 1/8/2019 | Invoice | PURCHASES | PPI24953 | 1910 | Assets Under Development | 60% Due Upon Shipment | 23,765.22 | 220010 | Leasehold Improvements | Conductor for Bay 4 60% down | GULFEX\ARLENE |
| 12/28/2018 | Invoice | PURCHASES | PPI24940 | 1910 | Assets Under Development | Lantz 1-91009 | 2,763.30 | 219630 | Leasehold Improvements | West Renovation/Street Repair | GULFEX\ARLENE |
| 12/27/2018 | Invoice | PURCHASES | PPI24780 | 1910 | Assets Under Development | 30% Down Payment | 11,882.60 | 218056 | Leasehold Improvements | Conductor for Bay 4 30% down | GULFEX\ARLENE |
| 12/22/2018 | Invoice | PURCHASES | PPI24779 | 1910 | Assets Under Development | Bay 4 - Angles - Gulfex West | 5,948.34 | 218054 | Leasehold Improvements | Installation fo Bay 4 angles | GULFEX\ARLENE |
| 11/20/2018 | Invoice | PURCHASES | PPI24009 | 1910 | Assets Under Development | Order 109523 | 10,031.35 | 202485 | Leasehold Improvements | Burns electric - elctrical work & fixtures | GULFEX\ARLENE |
| 11/1/2018 | Invoice | PURCHASES | PPI23873 | 1910 | Assets Under Development | Lantz 1-91009 | 1,881.11 | 194885 | Office Equipment | Lunchroom appliances and Office locks | GULFEX\ARLENE |
| 11/1/2018 | Invoice | PURCHASES | PPI23838 | 1910 | Assets Under Development | Fischer-2-61000 | 729.93 | 194405 | Office Equipment | Lunchroom Lowes | GULFEX\ARLENE |
| 11/1/2018 | Invoice | PURCHASES | PPI23837 | 1910 | Assets Under Development | Green-2-61003 | 2,645.95 | 194397 | Furniture & Fixtures | Conference room furniture | GULFEX\ARLENE |
| 10/26/2018 | Invoice | PURCHASES | PPI23417 | 1910 | Assets Under Development | Gulfex West-Office Furniture | 2,138.96 | 189651 | Furniture & Fixtures | Office furniture - used | GULFEX\ARLENE |
| 9/26/2018 | Invoice | PURCHASES | PPI22787 | 1910 | Assets Under Development | Total Completion - Shop Lunchroom | 16,725.00 | 180248 | Leasehold Improvements | Thomson Enterprises | GULFEX\ARLENE |
| 9/5/2018 | Invoice | PURCHASES | PPI22408 | 1910 | Assets Under Development | 1st Draw on Lunchroom | 18,186.00 | 173371 | Leasehold Improvements | Thomson Enterprises | GULFEX\ARLENE |

Total Assets Under Development          149,723.41

Schedule B-77(b)
Assets Under Construction

| Posting Date | Document Type | Source Code | Document No. | G/L Account No. | G/L Account Name | Description | Amount | Entry No. | Category | Additonal Notes | User ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/2019 | Invoice | PURCHASES | PPI27178 | 1501 | Asset Under Construction | Job No 1736 | 16,373.55 | 260654 | Leasehold Improvement | Burns electric upgrade bay 5 electric | GULFEX\CARLOS |
| 4/2/2019 | Invoice | PURCHASES | PPI26682 | 1501 | Asset Under Construction | Victory CNC Plasma Systems, Inc. | 4,259.43 | 251737 | Machinery & equipment | 11'x40' Gantry Rail Machine | GULFEX\CARLOS |
| 4/2/2019 | Invoice | PURCHASES | PPI26665 | 1501 | Asset Under Construction | Installation Completed 3-21-2019 | 13,270.00 | 251670 | Machinery & equipment | 11'x40' Gantry Rail Machine | GULFEX\CARLOS |
| 3/21/2019 | Invoice | PURCHASES | PPI26470 | 1501 | Asset Under Construction | Invoice PI17982 | 5,763.25 | 246101 | Machinery & equipment | Victory CNC Plasma | GULFEX\CARLOS |
| 3/19/2019 | Invoice | PURCHASES | PPI26417 | 1501 | Asset Under Construction | Order 109635 | 9,335.05 | 245881 | Leasehold Improvement | Upgrade Bay 5 electric | GULFEX\KATHI |
| 3/19/2019 | Invoice | PURCHASES | PPI26416 | 1501 | Asset Under Construction | Order 109635 | 29,726.36 | 245878 | Leasehold Improvement | Upgrade Bay 5 electric | GULFEX\KATHI |
| 3/19/2019 | Invoice | PURCHASES | PPI26415 | 1501 | Asset Under Construction | Order 109635 | 13,784.80 | 245875 | Leasehold Improvement | Upgrade Bay 5 electric | GULFEX\KATHI |
| 3/1/2019 | Invoice | PURCHASES | PPI26914 | 1501 | Asset Under Construction |  | 79,620.00 | 257426 | Machinery & equipment | 11'x40' Gantry Rail Machine | GULFEX\CARLOS |
| 2/28/2019 | Invoice | PURCHASES | PPI26108 | 1501 | Asset Under Construction | 30% PAYMENT | 39,810.00 | 242194 | Machinery & equipment | 11'x40' Gantry Rail Machine | GULFEX\CARLOS |
| 12/28/2018 | Invoice | PURCHASES | PPI24940 | 1501 | Asset Under Construction | Lantz 1-91009 | 320.96 | 219631 | Building | Lunchroom - miscellaneous expenses | GULFEX\ARLENE |
| 12/1/2018 | Invoice | PURCHASES | PPI24307 | 1501 | Asset Under Construction | Lantz-1-91009 | 2,453.41 | 210681 | Building | Foundation building material Lunchroom | GULFEX\ARLENE |
| 11/14/2018 | Invoice | PURCHASES | PPI23823 | 1501 | Asset Under Construction | Order 109626 | 10,631.88 | 194349 | Building | Wolfe's Carpet Tile & Remodeling | GULFEX\ARLENE |
| 11/5/2018 | Invoice | PURCHASES | PPI23761 | 1501 | Asset Under Construction | Order 109628 | 3,400.00 | 194136 | Building | Paint lunchroom completion | GULFEX\ARLENE |
| 11/5/2018 | Invoice | PURCHASES | PPI23760 | 1501 | Asset Under Construction | Order 109628 | 4,735.00 | 194134 | Building | Paint west 50% completion | GULFEX\ARLENE |
| 11/5/2018 | Invoice | PURCHASES | PPI23542 | 1501 | Asset Under Construction | Order 109628 | 5,755.00 | 191400 | Building | Paint west 50% down | GULFEX\ARLENE |
| 11/1/2018 | Invoice | PURCHASES | PPI24034 | 1501 | Asset Under Construction | Order 109518 | 9,131.50 | 204322 | Building | Installation of AC - lunch room | GULFEX\ARLENE |
| 10/24/2018 | Invoice | PURCHASES | PPI23370 | 1501 | Asset Under Construction | Order 109172 | 1,333.50 | 189185 | Building | R W Patrick - engineering services | GULFEX\KATHI |
| 8/17/2018 | Invoice | PURCHASES | PPI22231 | 1501 | Asset Under Construction | Drawings | 2,273.25 | 172248 | Building | Structural Steel Drawings/Plans - Lunchroom | GULFEX\ARLENE |
| 8/1/2018 | Invoice | PURCHASES | PPI21752 | 1501 | Asset Under Construction | Order 109172 | 1,249.00 | 163491 | Building | R W Patrick - engineering services | GULFEX\KATHI |

Total assets under construction    253,225.94

| Fill in this information to identify the case: |
|---|

Debtor name    Gulfex Holdings LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Banyan Mezzanine Fund I, LP<br>Creditor's Name<br><br>111Brickell Avenue Suite 1300<br>Miami, FL 33131<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Substantially all of debtor's assets<br><br><br>**Describe the lien**<br>Security Interest<br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,016,279.00 | Unknown |
| **2.2** Banyan Mezzanine Fund I, LP<br>Creditor's Name<br><br>111Brickell Avenue Suite 1300<br>Miami, FL 33131<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>Substantially all of debtor's assets<br><br><br>**Describe the lien**<br>Security Interest<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $13,378,489.71 | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Gulfex Holdings LLC
_____
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | De Lage Landen Financial Services Inc | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Leased Genie scissor lift

Unknown    Unknown

P O Box 41602
Philadelphia, PA 19101-1602
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
4/2/2018
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Diamond State Ventures II, LP | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Substantially all of debtor's assets

$7,166,865.89    Unknown

200 River Market Avenue
Suite 400
Little Rock, AR 72202
Creditor's mailing address

**Describe the lien**
Security Interest
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Jefferson Capital Partners II, LP | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Substantially all of debtor's assets

$7,166,917.89    Unknown

5 Sanctuary Blvd.
Mandeville, LA 70471
Creditor's mailing address

**Describe the lien**
Security Interest

---

Debtor    Gulfex Holdings LLC
_____    Case number (if known) _____
         Name

| | |
|---|---|
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | NMHG Financial Services Inc. | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
| | PO Box 35701 Billings, MT 59107-5701 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | Date debt was incurred 8/26/2019 | Is anyone else liable on this claim? ■ No | | |
| | Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.7 | S & B Engineers | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien Substantially all assets | $11,204,672.58 | $11,750,592.98 |
| | 7825 Park Place Blvd Houston, TX 77087 | | | |
| | Creditor's mailing address | Describe the lien Security Interest | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | Date debt was incurred | Is anyone else liable on this claim? ☐ No | | |
| | Last 4 digits of account number | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| Debtor | Gulfex Holdings LLC | Case number (if known) |
| | Name | |

| | | | |
|---|---|---|---|
| 2.8 | St. Cloud Capital Partners II, LP | Describe debtor's property that is subject to a lien | $14,812,641.00 — Unknown |
| | Creditor's Name | Substantially all of debtor's assets | |
| | 10866 Wishire Blvd. Suite 1450 Los Angeles, CA 90024 | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | Security Interest | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ☐ No | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | | ☐ Disputed | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $58,745,866.07 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Gulfex Holdings LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Abraham Rodriguez Ayala<br>403 Crosby Village Drive<br>Crosby, TX 77532 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $792.17 | $792.17 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Abraham Rodriguez Ayala<br>403 Crosby Village Drive<br>Crosby, TX 77532 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,743.21 | $1,743.21 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      26079      Best Case Bankruptcy

| Debtor | Gulfex Holdings LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address<br>Abraham Rodriguez Ayala<br>403 Crosby Village Drive<br>Crosby, TX 77532 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,156.00 | $2,156.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>Alfredo Garza<br>6811 Moss Rose Court<br>Houston, TX 77087 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $108.00 | $108.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>Alma May<br>1305 Jennifer Lane<br>Houston, TX 77029 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $627.98 | $627.98 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>Alma May<br>1305 Jennifer Lane<br>Houston, TX 77029 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $736.67 | $736.67 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Gulfex Holdings LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.7** | Priority creditor's name and mailing address
Amoldo Romero
6427 Crestside Drive
Pasadena, TX 77505

As of the petition filing date, the claim is:    $3,995.43    $3,995.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
Aubrey Davis
9092 S. Peach Hollow Court
Pearland, TX 77584

As of the petition filing date, the claim is:    $6,254.78    $6,254.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
Basu Paudel
5401 Renwick Drive, Apt. 1016
Houston, TX 77081

As of the petition filing date, the claim is:    $3,111.02    $3,111.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
Benjamin Taylor
3348 Burke Road, #113
Pasadena, TX 77504

As of the petition filing date, the claim is:    $3,123.46    $3,123.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Gulfex Holdings LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>Bradley Green<br>15550 Pensgate<br>Houston, TX 77062 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,754.99 | $4,754.99 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.12 | Priority creditor's name and mailing address<br>Carlos A. Villacorta<br>2205 Dorothy<br>Pasadena, TX 77502 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,683.82 | $1,683.82 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.13 | Priority creditor's name and mailing address<br>Carlos A. Villacorta<br>2205 Dorothy<br>Pasadena, TX 77502 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $269.06 | $269.06 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.14 | Priority creditor's name and mailing address<br>Carlos E. Martinez<br>1215 Bavou Glen Drive<br>La Porte, TX 77571 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,519.63 | $2,519.63 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

Carlos E. Martinez
1215 Bavou Glen Drive
La Porte, TX 77571

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,775.00 | $3,775.00 |
|---|---|---|---|---|

Christopher Willcutt
6524 Jordan Road
Manvel, TX 77578

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,741.69 | $1,741.69 |
|---|---|---|---|---|

Dallas S. Martinez
216 W. Saunders Street
League City, TX 77573

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,112.81 | $2,112.81 |
|---|---|---|---|---|

Daniel Rodriguez
403 Crosby Village Drive
Crosby, TX 77532

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Gulfex Holdings LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.19 | Priority creditor's name and mailing address<br>Daniel Rodriguez<br>403 Crosby Village Drive<br>Crosby, TX 77532 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $258.19 | $258.19 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address<br>David Tilley<br>1455 Lousiana Avenue, #5204<br>League City, TX 77573 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,174.27 | $6,174.27 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address<br>Edgar Aguilera<br>3925 Arlington Square Dr., #504A<br>Houston, TX 77034 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,407.84 | $4,407.84 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address<br>Eduardo H. Ramirez<br>556 Pecan Drive<br>South Houston, TX 77587 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,173.86 | $3,173.86 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page  6 of 40

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.23** | Priority creditor's name and mailing address

Eduardo H. Ramirez
556 Pecan Drive
South Houston, TX 77587

| As of the petition filing date, the claim is: | $131.44 | $131.44 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address

Eduardo Ramirez
2603 Norman Street
Pasadena, TX 77506

| As of the petition filing date, the claim is: | $2,094.14 | $2,094.14 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

Eli J. Villanueva
835 Richcrest Drive
Houston, TX 77060

| As of the petition filing date, the claim is: | $2,304.28 | $2,304.28 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

Eriberto Sierra
932 Aubert Street
Houston, TX 77017

| As of the petition filing date, the claim is: | $1,116.58 | $1,116.58 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,131.50 | $2,131.50 |
|---|---|---|---|---|
| | Francisco M. Gonzalez<br>7112 Gammage<br>Houston, TX 77087 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.14 | $1,295.14 |
|---|---|---|---|---|
| | Francisco V. Bernal Martinez<br>3945 Arlington Square Drive #329<br>Houston, TX 77034 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.66 | $580.66 |
|---|---|---|---|---|
| | Franco Javier Gonzalez<br>2013 Vince Street<br>Pasadena, TX 77502 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,021.42 | $1,021.42 |
|---|---|---|---|---|
| | Gary L. Langford<br>5515 Cripple Brook Street<br>Houston, TX 77017 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Gulfex Holdings LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,634.08 | $2,634.08 |
|---|---|---|---|---|
| | George Pinto<br>2313 Estrellita Ranch Road<br>Canyon Lake, TX 78133 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.26 | $650.26 |
|---|---|---|---|---|
| | Henry Tiers Milian<br>14927 Brightbrook Drive<br>Houston, TX 77095 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,467.20 | $2,467.20 |
|---|---|---|---|---|
| | Homero Cavazos Morales<br>10722 Garrick Lane<br>Houston, TX 77013 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,981.85 | $2,981.85 |
|---|---|---|---|---|
| | Hugo Martinez Arias<br>3340 Federal Road Trl #2<br>Pasadena, TX 77504 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,907.80 | $1,907.80 |

2.35 Priority creditor's name and mailing address
Humberto Fonseca Witrago
1938 Garden Road
Pearland, TX 77581

As of the petition filing date, the claim is: $1,907.80   $1,907.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.36 Priority creditor's name and mailing address
Ignacio Sierra
932 Aubert Street
Houston, TX 77017

As of the petition filing date, the claim is: $4,975.25   $4,975.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.37 Priority creditor's name and mailing address
Ireri E. Gembe Rafael
14122 Renault #12
Houston, TX 77015

As of the petition filing date, the claim is: $472.84   $472.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.38 Priority creditor's name and mailing address
Jaime D. Mendoza
13711 Nightingale Drive
Houston, TX 77050

As of the petition filing date, the claim is: $1,394.74   $1,394.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address
Jaime D. Mendoza
13711 Nightingale Drive
Houston, TX 77050

As of the petition filing date, the claim is:          $427.01          $427.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address
Jaime Rangel Hernandez
602 Maroby Street
Houston, TX 77017

As of the petition filing date, the claim is:          $1,629.83          $1,629.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address
Jason R. Friedman
3202 Misson Valler Drive
Missouri City, TX 77459

As of the petition filing date, the claim is:          $1,116.55          $1,116.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address
Jesus M. Cerda
5018 Apala Drive
Houston, TX 77032

As of the petition filing date, the claim is:          $2,200.93          $2,200.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    Gulfex Holdings LLC                                            Case number (if known)
_____
          Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,649.39 | $2,649.39 |
|------|---|---|---|---|

Jesus Montemayor
16703 East Crosby Street
Crosby, TX 77532

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages/Benefits

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,151.95 | $1,151.95 |
|------|---|---|---|---|

Jesus Montemayor, Jr.
16703 East Crosby Street
Crosby, TX 77532

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages/Benefits

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,152.67 | $3,152.67 |
|------|---|---|---|---|

Joe Cubbage
8209 Botany Lane
Houston, TX 77075

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages/Benefits

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,969.19 | $1,969.19 |
|------|---|---|---|---|

Joel Orozco Jr.
600 E. Anderson Road, #716
Houston, TX 77047

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages/Benefits

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.47** | Priority creditor's name and mailing address
Jordanis Rodriquez Santana
1300 Redford Street, #904A
Houston, TX 77034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$831.09    $831.09

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.48** | Priority creditor's name and mailing address
Jose Banuelos Garcia
7210 Gammage Street
Houston, TX 77087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,292.86    $3,292.86

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.49** | Priority creditor's name and mailing address
Jose C. Rodriquez
10914 Bazin Street
Houston, TX 77089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,461.46    $1,461.46

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.50** | Priority creditor's name and mailing address
Jose Calderon Razo
19033 CR 669A
Alvin, TX 77511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,429.95    $2,429.95

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address<br>Jose G. Jiminez<br>11710 Filaree Trail<br>Houston, TX 77044 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,177.61 | $2,177.61 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address<br>Jose J. Collazo<br>6810 Texarkana<br>Houston, TX 77020 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,143.36 | $2,143.36 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address<br>Jose J. Collazo, Jr.<br>6810 Texarkana<br>Houston, TX 77020 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $434.79 | $434.79 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address<br>Jose R. Fonseca Witrago<br>1938 Garden Road, Trlr #151<br>Pearland, TX 77581 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $921.60 | $921.60 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 14 of 40**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,929.44 | $1,929.44 |
|---|---|---|---|---|
| | Juan C. Mora Delgado<br>3409 Meadowville Drive<br>Pearland, TX 77581 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.43 | $944.43 |
|---|---|---|---|---|
| | Kathelene L. Luevanos<br>10319 Collin Park Lane<br>Houston, TX 77075 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.67 | $1,178.67 |
|---|---|---|---|---|
| | Kathelene L. Luevanos<br>10319 Collin Park Lane<br>Houston, TX 77075 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,390.34 | $5,390.34 |
|---|---|---|---|---|
| | Kathi Goedrich<br>5705 Plantation Drive<br>Baytown, TX 77523 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,142.94 | $1,142.94 |
|---|---|---|---|---|
| | Kevin E. Almontes<br>2105 Cleveland Street<br>Pasadena, TX 77502 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.69 | $148.69 |
|---|---|---|---|---|
| | Kevin E. Almontes<br>2105 Cleveland Street<br>Pasadena, TX 77502 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,041.51 | $4,041.51 |
|---|---|---|---|---|
| | Krystal R. McGuire<br>8300 Red Bluff, Apt. 738<br>Pasadena, TX 77507 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,016.03 | $2,016.03 |
|---|---|---|---|---|
| | Krystal R. McGuire<br>8300 Red Bluff, Apt. 738<br>Pasadena, TX 77507 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Gulfex Holdings LLC | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

**2.63** | Priority creditor's name and mailing address
Laura Plata
6921 Texarkana
Houston, TX 77020

As of the petition filing date, the claim is: **$1,604.91** | **$1,604.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address
Lorenzo Gonzalez Jr
10225 Flaxman Street
Houston, TX 77029

As of the petition filing date, the claim is: **$1,331.29** | **$1,331.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address
Luis G. Jimenez Jaime
8136 Barkley Street
Houston, TX 77017

As of the petition filing date, the claim is: **$546.65** | **$546.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address
Micheas Sierra
7206 Bretshire
Houston, TX 77016

As of the petition filing date, the claim is: **$3,028.73** | **$3,028.73**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address<br>Murry Lantz<br>19215 Ramsey Road<br>Crosby, TX 77532 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,614.83 | $4,614.83 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address<br>Murry Lantz<br>19215 Ramsey Road<br>Crosby, TX 77532 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,481.67 | $1,481.67 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address<br>Orlando Lopez<br>5303 Green Timbers<br>Humble, TX 77346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,853.98 | $1,853.98 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address<br>Oscar Gutierrez Pescador<br>8100 Stone Street, #502<br>Houston, TX 77061 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,485.41 | $2,485.41 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Gulfex Holdings LLC | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address<br>Rachel Arias<br>346 Brandy Ridge Lane<br>Dickinson, TX 77539 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,794.21 | $1,794.21 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address<br>Randy Clark<br>1214 Morning Mist Court<br>Sugar Land, TX 77498 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,884.71 | $9,884.71 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address<br>Randy Clark<br>1214 Morning Mist Court<br>Sugar Land, TX 77498 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,665.07 | $9,665.07 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address<br>Randy Trexler<br>8827 Orchard Lane<br>La Porte, TX 77571 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,331.00 | $9,331.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   Gulfex Holdings LLC                                      Case number (if known)
         Name

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,619.76 | $5,619.76 |

2.75 | Priority creditor's name and mailing address
Ratna Niraula
26914 Riverbend Point Lane
Cypress, TX 77433

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,619.76   $5,619.76

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.76 | Priority creditor's name and mailing address
Raymond L. Gilmer
12123 Obsidian Lane
Dayton, TX 77535

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,242.22   $4,242.22

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.77 | Priority creditor's name and mailing address
Ricardo Chavez Castillo
2525 Allen Genoa
Pasadena, TX 77502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,301.44   $1,301.44

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.78 | Priority creditor's name and mailing address
Ricardo Lopez
1312 1st Street, Apt. #30
Galena Park, TX 77547

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,633.01   $1,633.01

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Gulfex Holdings LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.79 | Priority creditor's name and mailing address<br>Rodrigo Portillo<br>21075 Angus Drive<br>Cleveland, TX 77328 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,756.01 | $3,756.01 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address<br>Roel Cantu<br>11979 Shady Meadow<br>Houston, TX 77039 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,750.96 | $2,750.96 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address<br>Rolando R. Hernandez<br>606 Elton Street<br>Houston, TX 77034 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,760.45 | $4,760.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address<br>Rolando R. Hernandez<br>606 Elton Street<br>Houston, TX 77034 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $802.36 | $802.36 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,030.06 | $5,030.06 |
|---|---|---|---|---|
| | Sanjay Basnet<br>2802 Fir Crest Court<br>Stafford, TX 77477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $963.21 | $963.21 |
|---|---|---|---|---|
| | Seveion Cardoza Jr.<br>5213 Glen Park Drive<br>La Porte, TX 77571 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $297.37 | $297.37 |
|---|---|---|---|---|
| | Seveion Cardoza, Jr<br>5213 Glen Park Dr.<br>La Porte, TX 77571 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,166.59 | $2,166.59 |
|---|---|---|---|---|
| | Silvestre Armenta<br>9506 Kingspass<br>Houston, TX 77075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 22 of 40**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Gulfex Holdings LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.87 | Priority creditor's name and mailing address<br>Teran Gutierrez L Jose<br>6916 Avenue H<br>Houston, TX 77011 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,033.90 | $1,033.90 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address<br>Terry Vinson<br>303 S. Hood<br>Alvin, TX 77511 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,355.82 | $2,355.82 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address<br>Thanh M. Huynh<br>5747 Turtle Creek Road<br>Houston, TX 77017 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,794.53 | $2,794.53 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address<br>Tuong Cao<br>11507 Kirkhollow<br>Houston, TX 77089 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,867.70 | $2,867.70 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages/Benefits | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Gulfex Holdings LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.04 | $591.04 |
|---|---|---|---|---|

Vicente T. Morales
4335 Aldine Mail Road, Apt. 2001
Houston, TX 77039

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.05 | $33.05 |
|---|---|---|---|---|

Willam Sheehy
2822 Acorn Wood Way
Houston, TX 77059

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,525.73 | $1,525.73 |
|---|---|---|---|---|

Williams Peguero Gonzalez

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,401.34 | $1,401.34 |
|---|---|---|---|---|

Yonathan H. Rios
2415 Auburndale Street
Houston, TX 77023

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address**
A&I Fastener & Supply Co., Inc.
922 Houston Blvd.
South Houston, TX 77587-3256

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$145.15

---

**3.2** | **Nonpriority creditor's name and mailing address**
AAA Blast-Cote, Inc.
14302 Beamer
Friendswood, TX 77546

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$59,500.00

---

**3.3** | **Nonpriority creditor's name and mailing address**
Ace Imagewear
4120 Truman Rd
Kansas City, MO 64127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$6,293.25

---

**3.4** | **Nonpriority creditor's name and mailing address**
Air-Care Southeast, Inc.
615 Kansas
South Houston, TX 77587

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$3,038.46

---

**3.5** | **Nonpriority creditor's name and mailing address**
Allstate Supply Company, Inc.
PO Box 748
South Houston, TX 77587

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$14,318.43

---

**3.6** | **Nonpriority creditor's name and mailing address**
ALS Maverick Testing Laboratories, Inc.
P O Box 733319
Dallas, TX 75373-3319

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$9,875.00

---

**3.7** | **Nonpriority creditor's name and mailing address**
American Express
PO Box 650448
Dallas, TX 75265-0448

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$29,970.02

---

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,189.75**

American Express
PO Box 650448
Dallas, TX 75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$237.80**

Apache Oil Co., Inc.
PO Box 177
Pasadena, TX 77501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$108.25**

Artwin Graphics
1128 Pasadena Blvd
Pasadena, TX 77506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$867.13**

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,995.47**

Atlas Hose & Gasket Co, LLC
P O BOX 57178
New Orleans, LA 70157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,977.45**

Authorized Inspection Associates, LLC
14531 FM 529, Ste. 135
Houston, TX 77095-5290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,216.00**

Aztec Bolting Services, Inc.
520 Dallas St.
League City, TX 77573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.00 |
|---|---|---|---|

Aztec Galvanizing Services
P. O. Box 843771
Dallas, TX 75284-3771

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.83 |
|---|---|---|---|

Beta Technology Inc
P O Box 218686
Houston, TX 77218-8686

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

Big City Manufacturing, Inc.
PO Box 1019
Friendswood, TX 77549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $756.00 |
|---|---|---|---|

Bird Tire Sales & Service, Inc.
PO Box 925158
Houston, TX 77292

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,482.92 |
|---|---|---|---|

Bishop Lifting Products, Inc.
125 McCarty St
Houston, TX 77029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,993.41 |
|---|---|---|---|

Blue Cross Blue Shield of Texas
PO Box 731428
Dallas, TX 75373-1428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,883.41 |
|---|---|---|---|

BrandSafway, LLC
1220 Miller Cut-Off Rd.
La Porte, TX 77571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address**
Briggs Equipment
Lock Box 841272
Dallas, TX 75284-1272

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No  ☐ Yes

$3,730.30

---

**3.23** | **Nonpriority creditor's name and mailing address**
BRK Partners, LLC
2822 Acorn Wood Way
Houston, TX 77059

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No  ☐ Yes

$54,350.00

---

**3.24** | **Nonpriority creditor's name and mailing address**
Certified Laboratories
PO Box 971269
Dallas, TX 75397-1269

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No  ☐ Yes

$136.40

---

**3.25** | **Nonpriority creditor's name and mailing address**
Channel Bearing & Supply, Co.
118 S. Walter Street
Pasadena, TX 77506

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No  ☐ Yes

$955.53

---

**3.26** | **Nonpriority creditor's name and mailing address**
Chyle's Roofing, Inc.
16516 El Camino Real, #212
Houston, TX 77062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No  ☐ Yes

$4,500.00

---

**3.27** | **Nonpriority creditor's name and mailing address**
Cintas Corporation
Cintas Loc #24K
P O Box 650838
Dallas, TX 75265-0838

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No  ☐ Yes

$17,712.49

---

**3.28** | **Nonpriority creditor's name and mailing address**
CPI Wirecloth & Screens, Inc.
PO Box 1710
Pearland, TX 77588

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No  ☐ Yes

$20,668.52

---

Debtor  Gulfex Holdings LLC
_____          Case number (if known) _____
        Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391,514.00 |
|---|---|---|---|

Cubeco, Inc.
1415 Harris
Houston, TX 77020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,873.24 |
|---|---|---|---|

Culligan
3201 Premier Drive, Ste. 300
Irving, TX 75063-2658

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.21 |
|---|---|---|---|

D & D Systems
PO Box 807
Liberty, TX 77575

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $685.00 |
|---|---|---|---|

Dan Martinez & Associates L.L.C.
12950 S Dairy Ashford Road
Sugar Land, TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,502.68 |
|---|---|---|---|

De Lage Landen Financial Services Inc
P O Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,663.69 |
|---|---|---|---|

Dealers Electrical Supply
PO Box 2535
Waco, TX 76702-2535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,435.99 |
|---|---|---|---|

Deep South Crane & Rigging Co.
15324 Airline Highway
Baton Rouge, LA 70817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,609.75 |
|---|---|---|---|

Dynamic Lifting
5512 Clara Road
Houston, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,532.32 |
|---|---|---|---|

Dynamics Southwest, Inc.
101 Southwestern Blvd., Ste. 298
Sugar Land, TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,161.88 |
|---|---|---|---|

ECAD, Inc
P O Box 51507
Midland, TX 79710-1507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Economic Alliance Houston Port Region
203 Ivy Ave, Ste. 200
Deer Park, TX 77536

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,889.27 |
|---|---|---|---|

Engie Resources
PO Box 9001025
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $223,946.24 |
|---|---|---|---|

Forged Components, Inc.
14527 Smith Road
Humble, TX 77396

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,900.00 |
|---|---|---|---|

Freitag Design & Fab LLC
2800 Broadway St. Ste C #501
Pearland, TX 77581

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>G & C Steel Fabricators, LLC<br>5625 Betty Jean Dr.<br>Corpus Christi, TX 78411 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,494.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Gateway Ace Hardware<br>6860 Telephone Rd.<br>Houston, TX 77061 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $396.26 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Goolsby Testing Laboratories, Inc.<br>PO Box 1416<br>Humble, TX 77347-1416 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,823.88 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Greenshades Software<br>7020 A C Skinner Pkwy<br>Jacksonville, FL 32256 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44.02 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>Greentree Transportation Co.<br>P O Box 644831<br>Dept ATI<br>Pittsburgh, PA 15264-4831 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,800.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>Griffin Trade Group, LP<br>P.O.  Box 3488, Dept. 05-038<br>Tupelo, MS 38803-3488 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $203,806.67 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>GTO Welding Services LLC<br>PO Box 24431<br>Houston, TX 77229 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $170,865.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Gulfex Holdings LLC**
_____    Case number (if known) _____
Name

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,414.70 |
|------|---|---|---|

Gulf Coast Torch and Regulator
Bank of America Merrill Lynch
P.O.Box 840511
Dallas, TX 75284-0511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,704.94 |
|------|---|---|---|

Herrin Ice Maker Co.
1100 Orchid
Houston, TX 77017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,034.63 |
|------|---|---|---|

Houston Inspection Services
6630 FM 1463,
Ste B500 #244
Katy, TX 77494

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,746.40 |
|------|---|---|---|

HYG Financial Services Inc
PO Box 14545
Des Moines, IA 50306-3545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $456.99 |
|------|---|---|---|

Industrial Fire Equipment & Service , LL
204 N. Palmer St.
Houston, TX 77003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,038.78 |
|------|---|---|---|

Industrial Piping Specialists
P O Box 581270
Tulsa, OK 74158-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $320,857.57 |
|------|---|---|---|

IWS Gas and Supply of Texas, Ltd.
125 Thruway Park
Broussard, LA 70518-3602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,170.00 |
|---|---|---|---|

Jackrabbit Steel Products
9009 Jackrabbit Rd.
Houston, TX 77095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $565.00 |
|---|---|---|---|

Johnny's Gauge & Meter Repairs
718 Dunwoody
Houston, TX 77076-1914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,019.03 |
|---|---|---|---|

JSW Steel (USA), Inc.
5200 E. McKinney Rd.
Navesink, NJ 07752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,050.00 |
|---|---|---|---|

Keith Keeling
960 CR 411
Dayton, TX 77535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.92 |
|---|---|---|---|

Kelley's Pest Control
5528 Meadow Creek Lane
Houston, TX 77017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.96 |
|---|---|---|---|

Lady Victory Enterprise
5041 Spencer Hwy Suite 307
Pasadena, TX 77505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.73 |
|---|---|---|---|

Lazer Energy Company
PO Box 75044
Houston, TX 77234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Gulfex Holdings LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address**
MarCo Specialty Steel, Inc.
P O Box 750518
Houston, TX 77075-0518

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$166,800.00

---

**3.65** | **Nonpriority creditor's name and mailing address**
MCI
PO Box 15043
Albany, NY 12212-5043

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$16.81

---

**3.66** | **Nonpriority creditor's name and mailing address**
McRay Crane & Rigging
PO Box 1578
Pearland, TX 77588-1578

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$33,177.50

---

**3.67** | **Nonpriority creditor's name and mailing address**
Mitrowski Welding Equipment, Ltd.
PO Box 225
South Houston, TX 77587

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$341,176.25

---

**3.68** | **Nonpriority creditor's name and mailing address**
Mobile Mini Solutions
4646 E Van Buren St.
Phoenix, AZ 85008

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,002.56

---

**3.69** | **Nonpriority creditor's name and mailing address**
MSI Supply, Inc.
PO Box 24279
Houston, TX 77229

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,841.66

---

**3.70** | **Nonpriority creditor's name and mailing address**
National Board of Boiler &
Pressure Vessel
Attn: Accounting Dept
1055 Crupper Ave.
Columbus, OH 43229-1183

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address**<br>National Hose & Accessory<br>PO Box 4887<br>Pasadena, TX 77502 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,599.11 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address**<br>Navitas Credit Corp.<br>Navitas Credit Corp.<br>Atlanta, GA 31193-5204 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,849.69 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address**<br>NobelClad<br>Dept 3804<br>PO Box 123804<br>Dallas, TX 75312-3804 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $311,841.20 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address**<br>North Shore Steel<br>PO Box 9940<br>Houston, TX 77213-0940 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,574.65 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address**<br>Occucare International<br>321 W San Augustine<br>Deer Park, TX 77536-4027 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,748.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address**<br>Overhead Crane Service Inc<br>110 N Walker St<br>Angleton, TX 77515 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,779.41 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address**<br>Pengon Delivery LLC<br>1114 Bobby Street<br>Pearland, TX 77581 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $525.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.78** | **Nonpriority creditor's name and mailing address**
Penn Tool
P O Box 58270
Webster, TX 77598

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,106.50

---

**3.79** | **Nonpriority creditor's name and mailing address**
Performance Insulation Contractors, Inc.
127 N. Broadway
La Porte, TX 77571

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$187,978.00

---

**3.80** | **Nonpriority creditor's name and mailing address**
PMI Specialists, Inc.
Amerifactors
P O Box 628328
Orlando, FL 32862

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$11,690.00

---

**3.81** | **Nonpriority creditor's name and mailing address**
Preston Eastin Inc
9490 N. Ridgeway St
Tulsa, OK 74131

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,840.12

---

**3.82** | **Nonpriority creditor's name and mailing address**
Prochain Solutions, Inc.
3320 Noble Pond Way, Suite 204
Woodbridge, VA 22193

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,167.49

---

**3.83** | **Nonpriority creditor's name and mailing address**
ProNet Group Inc
1 Sugar Creek Center Blvd.
Suite 1100
Sugar Land, TX 77478

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$115.02

---

**3.84** | **Nonpriority creditor's name and mailing address**
Registered Agent Solutions, Inc.
1701 Directors Blvd., Ste. 300
Austin, TX 78744

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$18.17

---

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,015.95 |
|---|---|---|---|

Republic Services #855
PO Box 78829
Phoenix, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

Rolled Alloys, Inc.
Dept. 33901
PO Box 67000
Detroit, MI 48267-0339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.48 |
|---|---|---|---|

South Houston Hydraulic Equip Co., Inc.
PO Box 808
South Houston, TX 77587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

South Houston Lumber Co., Inc.
P O Box 867
South Houston, TX 77587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.67 |
|---|---|---|---|

South Houston Water Dept.
PO Box 238
South Houston, TX 77587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Utility Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00 |
|---|---|---|---|

Southwest Stainless & Alloy
PO Box 951037
Dallas, TX 75395-1037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

Specialloy Instrumentation
10661 Shadow Wood Dr.
Houston, TX 77043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Gulfex Holdings LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.92** | **Nonpriority creditor's name and mailing address**
Staples Credit Plan
Dept. 11-0005354998
P O Box 9001036
Louisville, KY 40290-1036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$304.50

---

**3.93** | **Nonpriority creditor's name and mailing address**
Sterling Building Specialist
PO Box 266127
Houston, TX 77207-6127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,329.72

---

**3.94** | **Nonpriority creditor's name and mailing address**
Sullair of Houston
8640 Panair
Houston, TX 77061-4185

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$177.53

---

**3.95** | **Nonpriority creditor's name and mailing address**
Sunbelt Rentals, Inc
PO Box 409211
Atlanta, GA 30384-9211

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$4,502.43

---

**3.96** | **Nonpriority creditor's name and mailing address**
SYNCB/AMAZON
PO Box 530958
Atlanta, GA 30353

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$37.03

---

**3.97** | **Nonpriority creditor's name and mailing address**
Texas Stress, Inc.
PO Box 1089
Deer Park, TX 77536

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$166,008.50

---

**3.98** | **Nonpriority creditor's name and mailing address**
Tray-Tec, Inc.
Amegy Bank National Association
Department 842, PO Box 4652
Houston, TX 77210-4652

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$193,610.85

---

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address**
Trinity Heads, Inc.
PO Box 732666
Dallas, TX 75373-2666

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$546,808.00**

---

**3.100** | **Nonpriority creditor's name and mailing address**
Triple S Steel Supply Co.
PO Box 301212
Dallas, TX 75303-1212

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$24.98**

---

**3.101** | **Nonpriority creditor's name and mailing address**
TVS Telephone, Inc.
5380 W 34th Street
Suite 215
Houston, TX 77092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$124.49**

---

**3.102** | **Nonpriority creditor's name and mailing address**
Twinco, Inc.
5201 S Loop East
Houston, TX 77033

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,615.52**

---

**3.103** | **Nonpriority creditor's name and mailing address**
UFP New Waverly, LLC #299
444 Sansom Blvd.
Fort Worth, TX 76179-4624

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$918.00**

---

**3.104** | **Nonpriority creditor's name and mailing address**
Uni-Form Components Co.
PO Box 91765
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$75,221.00**

---

**3.105** | **Nonpriority creditor's name and mailing address**
United Healthcare Insurance Company
UHS Premium Billing
P O Box 94017
Palatine, IL 60094-4017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,654.08**

---

| Debtor | Gulfex Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,080.84 |
|---|---|---|---|

United Tool & Fastener
P O Box 38951
Houston, TX 77238-8951

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,596.00 |
|---|---|---|---|

USA Industries, Inc.
PO Box 12757
Houston, TX 77217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,600.00 |
|---|---|---|---|

Vestek Industries
7600 S Santa Fe Bldg B-West
 TX 77601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.33 |
|---|---|---|---|

Wells Fargo Financial Leasing
PO Box 10306
Des Moines, IA 50306-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

Zion Tower Services Inc.
16760 Hedgecroft, Suite 610
Houston, TX 77060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 220,335.36 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,633,995.26 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,854,330.62 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  Gulfex Holdings LLC

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease - 7600 S. Santa Fe Drive Bay 4 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Bridon American |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease ,  401 -402 State Street | |
| | State the term remaining | | BRK Partners, LLC |
| | List the contract number of any government contract | | 2822 Acorn Wood Way Houston, TX 77059 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease - 701 Louisiana Street | |
| | State the term remaining | | BRK Partners, LLC |
| | List the contract number of any government contract | | 2822 Acorn Wood Way Houston, TX 77059 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Genie | |
| | State the term remaining | | De Lage Landen Financial Services Inc |
| | List the contract number of any government contract | | P O Box 41602 Philadelphia, PA 19101-1602 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | Gulfex Holdings LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease - Forklift | |
| State the term remaining | HYG Financial Services Inc PO Box 14545 Des Moines, IA 50306-3545 |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease - Forklift | |
| State the term remaining | HYG Financial Services Inc PO Box 14545 Des Moines, IA 50306-3545 |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease | |
| State the term remaining | HYG Financial Services Inc PO Box 14545 Des Moines, IA 50306-3545 |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease - Forklift | |
| State the term remaining | HYG Financial Services Inc PO Box 14545 Des Moines, IA 50306-3545 |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease - Forklift | |
| State the term remaining | HYG Financial Services Inc PO Box 14545 Des Moines, IA 50306-3545 |
| List the contract number of any government contract | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease - Cylinder Rental | |
| State the term remaining | IWS Gas and Supply of Texas, Ltd. 125 Thruway Park Broussard, LA 70518-3602 |
| List the contract number of any | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Gulfex Holdings LLC                                    Case number (if known) _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Cylinder Rental |
| State the term remaining | |
| List the contract number of any government contract | IWS Gas and Supply of Texas, Ltd. 125 Thruway Park Broussard, LA 70518-3602 |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Cylinder Rental |
| State the term remaining | |
| List the contract number of any government contract | IWS Gas and Supply of Texas, Ltd. 125 Thruway Park Broussard, LA 70518-3602 |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease - 516 Louisiana Street |
| State the term remaining | |
| List the contract number of any government contract | James Anderson |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Ransome 60,000 Idler |
| State the term remaining | |
| List the contract number of any government contract | Mitrowski Welding Equipment, Ltd. PO Box 225 South Houston, TX 77587 |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Preston Eastin 120,000 Idler |
| State the term remaining | |
| List the contract number of any government contract | Mitrowski Welding Equipment, Ltd. PO Box 225 South Houston, TX 77587 |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Preston Eastin 200,000 Driver Roll | Mitrowski Welding Equipment, Ltd. PO Box 225 South Houston, TX 77587 |

Debtor 1    Gulfex Holdings LLC                                                    Case number (if known) _____
            First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
        government contract                    _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Preston Eastin 120,000 Roller | |
|---|---|---|---|

State the term remaining

List the contract number of any          Mitrowski Welding Equipment, Ltd.
        government contract                    PO Box 225
                                              South Houston, TX 77587

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Preston Eastin 120,000 Idler | |
|---|---|---|---|

State the term remaining

List the contract number of any          Mitrowski Welding Equipment, Ltd.
        government contract                    PO Box 225
                                              South Houston, TX 77587

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Preston Eastin 120,000 Turning | |
|---|---|---|---|

State the term remaining

List the contract number of any          Mitrowski Welding Equipment, Ltd.
        government contract                    PO Box 225
                                              South Houston, TX 77587

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Preston Eastin 120,000 Idler | |
|---|---|---|---|

State the term remaining

List the contract number of any          Mitrowski Welding Equipment, Ltd.
        government contract                    PO Box 225
                                              South Houston, TX 77587

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Ransome 60,000 Driver | |
|---|---|---|---|

State the term remaining

List the contract number of any          Mitrowski Welding Equipment, Ltd.
        government contract                    PO Box 225
                                              South Houston, TX 77587

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Gulfex Holdings LLC
_____    Case number (if known) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Ransome 60,000 Idler | |
| | State the term remaining | | Mitrowski Welding Equipment, Ltd. |
| | List the contract number of any government contract | _____ | PO Box 225 South Houston, TX 77587 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Aronson 400 Turning Roll | |
| | State the term remaining | | Mitrowski Welding Equipment, Ltd. |
| | List the contract number of any government contract | _____ | PO Box 225 South Houston, TX 77587 |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Preston Eastin 120,000 Idler | |
| | State the term remaining | | Mitrowski Welding Equipment, Ltd. |
| | List the contract number of any government contract | _____ | PO Box 225 South Houston, TX 77587 |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Preston Eastin 120,000 Driver | |
| | State the term remaining | | Mitrowski Welding Equipment, Ltd. |
| | List the contract number of any government contract | _____ | PO Box 225 South Houston, TX 77587 |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease - Parking Area | |
| | State the term remaining | | Sumant Naik |
| | List the contract number of any government contract | _____ | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease - 7600 S. Santa Fe Drive Bay 4 & 5 | |
| | State the term remaining | | Vestek Industries 7600 S Santa Fe Bldg B-West TX 77601 |
| | List the contract number of any | | |

Debtor 1   Gulfex Holdings LLC                                    Case number *(if known)*
           First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Copier | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Financial Leasing |
| | List the contract number of any government contract | | PO Box 10306 |
| | | | Des Moines, IA 50306-0306 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - HP Printer | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Financial Leasing |
| | List the contract number of any government contract | | PO Box 10306 |
| | | | Des Moines, IA 50306-0306 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - HP Printer | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Financial Leasing |
| | List the contract number of any government contract | | PO Box 10306 |
| | | | Des Moines, IA 50306-0306 |

**Fill in this information to identify the case:**

Debtor name _____Gulfex Holdings LLC_____

United States Bankruptcy Court for the: _____DISTRICT OF DELAWARE_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  Vestek Industries | 7600 S Santa Fe Bldg B-West TX 77601 | Banyan Mezzanine Fund I, LP | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  Vestek Industries | 7600 S Santa Fe Bldg B-West TX 77601 | Banyan Mezzanine Fund I, LP | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  Vestek Industries | 7600 S Santa Fe Bldg B-West TX 77601 | Diamond State Ventures II, LP | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4  Vestek Industries | 7600 S Santa Fe Bldg B-West TX 77601 | Jefferson Capital Partners II, LP | ■ D ___2.5___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5  Vestek Industries | 7600 S Santa Fe Bldg B-West TX 77601 | St. Cloud Capital Partners II, LP | ■ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    Gulfex Holdings LLC                                          Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Vestek Industries | 7600 S Santa Fe Bldg B-West<br>TX 77601 | S & B Engineers | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Gulfex Holdings LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    Corporate Disclosure

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April  3, 2020          X /s/ Jeffrey Gilgenbach
                                          Signature of individual signing on behalf of debtor

                                       Jeffrey Gilgenbach
                                       Printed name

                                       Chief Restructuring Officer
                                       Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy